FILED 15 JUN '11 11:59 USDC-ORE

WILSON C. MUHLHEIM (OSB No. 681114)
mulheim@mb-lawoffice.com
**MUHLHEIM BOYD, LLP**
88 East Broadway
Eugene, OR 97401
Telephone: (541) 868-8005
Facsimile: (541) 868-8004

and

DUANE M. GECK (CSB No. 114823)
dmg@severson.com
ELEANOR M. ROMAN (CSB No. 178736)
emr@severson.com
**SEVERSON & WERSON**
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439
        Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| ALLY FINANCIAL INC., a Delaware Corporation | Case No.:  10-6209-TC |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ACTION;        ORDER** |
| vs. | [RULE 41(A)(2)] |
| NANCY HAMILTON, an individual | |
| Defendant. | |

WHEREAS, subsequent to the filing of this action by Plaintiff Ally Financial Inc. ("Plaintiff" or "Ally"), on February 3, 2011, defendant Nancy Hamilton ("Defendant" or "Hamilton") filed a bankruptcy petition in the United States Bankruptcy Court, District of Oregon under Chapter 7 of Title 11 of the United States Code.

WHEREAS, on May 18, 2011, the United States Bankruptcy Court, District of Oregon entered a "Chapter 7 Order re: Discharge; and Order Discharging Trustee and Closing Ch. 7 'No Asset' Case."

WHEREAS, Ally desires to dismiss this action without prejudice in exchange for the agreement of defendant, Nancy Hamilton to bear her own costs and attorneys' fees incurred in this action.

NOW THEREFORE, in consideration of the foregoing, the parties, by and through their attorneys of record, Ally and Nancy Hamilton, agree and stipulate as follows:

1.  This action shall be dismissed without prejudice pursuant to the Court's order on this stipulation.

2.  Each party shall bear its own costs and attorneys' fees incurred in this action.

IT IS SO STIPULATED.

DATED:    June _10_, 2011

By: _____
EDWARD P. FITCH
Oregon State Bar No. 782026
BRYANT, EMERSON & FITCH, LLP
888 West Evergreen Avenue
Redmond, OR 97756
Telephone: (541) 548-2151
Facsimile: (541) 548-1895
efitch@redmond-lawyers.com
Attorneys for Defendant NANCY
HAMILTON

DATED:    June _14_, 2011

By: _____
ELEANOR M. ROMAN
California State Bar No. 114823
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439
emr@severson.com
Attorneys for Plaintiff
ALLY FINANCIAL INC.

19001/0022/929362.1                STIPULATION FOR DISMISSAL OF ACTION;
                                                                    ORDER
                                                   Case No.: 10-6209-TC.

## ORDER

PURSUANT TO THE STIPULATION FOR DISMISSAL BETWEEN PLAINTIFF ALLY FINANCIAL INC. AND DEFENDANT NANCY HAMILTON AND GOOD CAUSE APPEARING,

IT IS SO ORDERED.

DATED: ___6/15___, 2011          _____

The Hon. Thomas M. Coffin
United States District Court
Magistrate Judge

19001/0022/929362.1                STIPULATION FOR DISMISSAL OF ACTION; |

ORDER
Case No.:  10-6209-TC.